**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Lorenzo Ragin, Appellant.

Appellate Case No. 2016-000287

———————

Appeal From Sumter County
Howard P. King, Circuit Court Judge

———————

Unpublished Opinion No. 2017-UP-113
Submitted February 1, 2017 – Filed March 8, 2017

———————

**APPEAL DISMISSED**

———————

Appellate Defender LaNelle Cantey DuRant, of Columbia, for Appellant.

Matthew C. Buchanan, of the South Carolina Department of Probation, Parole and Pardon Services, of Columbia, for Respondent.

———————

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**SHORT, WILLIAMS, and KONDUROS, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.